UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>   v.<br><br>$49,400 IN UNITED STATES CURRENCY,<br>SEIZED AT LOGAN AIRPORT,<br>        Defendant.<br><br>CLK GLOBAL, LLC D/B/A ROYAL SUPPLY,<br>        Claimant. | Civil Action No. 18-12233-ADB |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**BURROUGHS, D.J.**

This Court having allowed the Parties' Joint Motion for Final Judgment and Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1. Judgment by agreement of the Parties is hereby entered (1) for the forfeiture of $14,400 (the "Forfeited Currency") to the United States, pursuant to 21 U.S.C. § 881(a)(6); and (2) the release of $35,000 (the "Released Currency") to the Claimant, via the United States Marshals Service.

2. The Forfeited Currency shall be disposed of by the United States Marshals Service, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable law.

3. The Released Currency shall be returned to Claimant by the United States Marshals Service, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable law.

4. Any claim of interest of any other parties claiming any right, title, or interest in or to the Forfeited Currency and/or the Released Currency is hereby held in default and dismissed.

5. This Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment. Otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 20th day of May, 2019.

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
United States District Judge